```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RONALD CARTER, SR.,

                    Plaintiff,

       -against-

NEW YORK COMMUNITY BANK, NEW YORK
COMMUNITY BANCORP, INC.,

                    Defendants.
----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ NOV 13 2014 ★
LONG ISLAND OFFICE

ORDER
14-CV-6503(SJF)(SIL)

FEUERSTEIN, District Judge:

The Court's records reflect that the complaint in this action was filed on November 4, 2014. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by **March 4, 2015**, or plaintiff fails to show good cause why such service has not been effected, this action will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to the defendants along with the summonses and complaint, and shall file proof of service with the Court.**

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case.

SO ORDERED.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein
United States District Judge

Dated:   November 13, 2014
         Central Islip, New York